16 So.2d 197

Joe RUSSELL v. STATE.

8 Div. 229.

Supreme Court of Alabama.
June 10, 1943.

Rehearing Denied Nov. 18, 1943.

Further Rehearing Denied Jan. 13, 1944.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, and F. E. Throckmorton, of Tuscumbia, for the petition.

Wm. N. McQueen, Acting Atty. Gen., opposed.

LIVINGSTON, Justice.

The petition for certiorari is denied on authority of Lash v. State, 244 Ala. 568, 14 So.2d 242, this day decided.

Writ denied.

GARDNER, C. J., and THOMAS and BROWN, JJ., concur.

16 So.2d 195

H. C. THOMPSON v. STATE.

8 Div. 262.

Supreme Court of Alabama.
Oct. 28, 1943.

Rehearing Denied Jan. 13, 1944.

S. A. Lynne, of Decatur, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and W. W. Calahan, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of H. C. Thompson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Thompson v. State, 16 So.2d 193.

Writ denied.

GARDNER, C. J., and THOMAS and BROWN, JJ., concur.